IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) CASE NO. 1:18-CR-11-ALB |
| | ) |
| DENNIS REINALDO PERALTA, | ) |
| | ) |

**ORDER**

Defendant Dennis Reinaldo Peralta filed a motion for bond (Doc. 647) pending appeal of his criminal conviction and sentence for charges of drug distribution conspiracy and violations of the Controlled Substances Act. (Doc. 483). This matter is before the Court on the January 24, 2020 Recommendation of the United States Magistrate Judge. (Doc. 700). Peralta filed an objection to the Recommendation. (Doc. 711). Defendant's objection is "that a crime did not occur," notwithstanding the numerous convictions of his coconspirators and the fact that he was convicted by a unanimous jury. (Doc. 711 at 1). Peralta's objection is devoid of factual support and facially frivolous.

Upon review of the Recommendation and after an independent review of the file, it is ORDERED that:

1. The Recommendation of the Magistrate Judge is ADOPTED;

2. Peralta's objection (Doc. 711) is OVERRULED.

3. The motion for bond (Doc. 647) is DENIED.

**DONE** and **ORDERED** this 3rd day of February 2020.

        /s/ Andrew L. Brasher
ANDREW L. BRASHER
UNITED STATES DISTRICT JUDGE